

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

WILSON-DYE, SHARON VICTORIA             CHAPTER 13
ASSUMED DEBTOR

CASE NUMBER:     14-31976

## MOTION FOR EXTENTION OF TIME
## TO FILE SCHEDULES AND CHAPTER 13 PLAN

COMES NOW, the ASSUMED DEBTOR, propria persona , SHARON-VICTORIA:WILSON- DYE(married name) a/k/a SHARON-VICTORIA:WILSON(birth name), respectfully requesting this Honorable court to grant a request for extension of time to file schedules and Chapter 13 Plan et al pursuant to Rule 1007(c). The ASSUMED DEBTOR filed a Voluntary "Bare Bones" Bankruptcy Chapter 13 on November 24, 2014 and proceeded to investigate and interview counsel for the completion of the required schedules and plan for filing. Due to failing health and a myriad of circumstances, support has not been secured for the completion of the filings in the designated and required time outlined by this Honorable court by December 8, 2014. This is a request for an extension of time to file the required schedules and plan, if granted, for 30 days. The ASSUMED DEBTOR is aware that this request may alter and have an impact on previously scheduled meetings and hearings, and expects that should this motion be granted that amendment letters will be forwarded regarding those initial dates.

Respectfully prepared and submitted,

by:/s/...*Sharon-victoria:wilson-dye*_____
Autograph of Sharon-Victoria:Wilson-Dye December 8, 2014 UCC 1-308

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

### CERTIFICATE OF SERVICE

I, Sharon-Victoria: Wilson-Dye a/k/a SHARON VICTORIA WILSON-DYE, certify that on December 8, 2014, I hand delivered to the US BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION a true and correct originally signed copy of the above Motion and Order to Extend Time to File Schedules and Chapter 13 Plan. I also mailed the same, at a minimum via regular mail, to:

| RECIPIENT | RECIPIENT |
|---|---|
| [U.S. ATTORNEY'S OFFICE<br>227 W. TRADE STREET SUITE 1700<br>CHARLOTTE NORTH CAROLINA 28202] | [INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES FUNCTION<br>POSTAL OFFICE BOX 21126<br>PHILADEPHIA, PENNSYLVANIA 19114] |
| [CITY-COUNTY TAX COLLECTOR<br>POSTAL OFFICE BOX 31637<br>CHARLOTTE NORTH CAROLINA 28231] | [BRANCH BANKING&TRUST DOING BUSINESS AS BB&T<br>223 W NASH STREET<br>WILSON NORTH CAROLINA 27893] |
| [BRANCH BANKING &TRUST DOING BUSINESS AS BB&T<br>CARE OF: ROGERS TOWNSEND THOMAS<br>2550 W TYVOLA ROAD SUITE 520<br>CHARLOTTE NORTH CAROLINA 28217] | [CAPITAL ONE BANK USA, NATIONAL ASSOCIATION<br>POSTAL OFFICE BOX 30281<br>SALT LAKE CITY UTAH 84130] |
| [CAROLINAS HEALTHCARE SYSTEM<br>POSTAL OFFICE BOX 70826<br>CHARLOTTE NORTH CAROLINA 28272-0826] | [CBE GROUP<br>POSTAL OFFICE BOX 2547<br>WATERLOO IOWA 50704-2547] |
| [CHASE BP<br>POSTAL OFFICE BOX 15298<br>WILMINGTON DE 19850] | [CITICARDS<br>701 E 60TH N<br>SIOUX FALLS SD 57104] |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

**RECIPIENT**

[CREDIT ONE BANK
POSTAL OFFICE BOX 98872
LAS VEGAS NEVADA 89193-8872]

**RECIPIENT**

[CREDIT COLLECTION SVC
POSTAL OFFICE BOX 9134
NEEDHAM, MASSETUSETS 02494-9134]

[DANIELS NORELLI SCULLY & CECERE PC
OLD COUNTRY ROAD SUITE LL5
CARLE PLACE NEW YORK 11514]

[FAIRFIELD ACCEPTANCE
10750 W CHARLESTON SUITE 130
LAS VEGAS NEVADA 89135]

[FIRST SOURCE ADVANTAGE, LLC
POSTAL OFFICE BOX 628
BUFFALO NEW YORK 14240-0628]

[GEORGE BROWN ASSOCIATES
2200 CROWN POINT EXECUTIVE DRIVE
CHARLOTTE NORTH CAROLINA 28227]

[GLOBAL CREDIT & COLLECTION
300 INTERNATIONAL DRIVE SUITE 100
POSTAL OFFICE BOX 201
WILLIAMSVILLE NEW YORK 14221]

[GREENMAN EYE ASSOCIATES PLLC
2801 RANDOLPH ROAD SUITE 200
CHARLOTTE NORTH CAROLINA 28211-2107]

[HILLSCREST DAVIDSON
850 N DOROTHY DRIVE SUITE 512
RICHARDSON TEXAS 75081]

[HOUSEHOLD FINANCE
POSTAL OFFICE BOX 3425
BUFFALO NEW YORK 14240]

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

**RECIPIENT**

[IC SYSYEMS COLLECTION
POSTAL OFFICE BOX 64378
ST PAUL MN 55164-0378]

**RECIPIENT**

[J A CAMBECE PC
200 CUMMINGS CENTER SUITE 173D
BEVERLY MASSSTUSETS 01915]

[LEADING EDGE
POSTAL OFFICE BOX 129
LINDEN MI 48451]

[MECKLENBURG COUNTY PROPERTY
TAX ASSESSOR
700 E STONEWALL STREET
CHARLOTTE NORTH CAROLINA 28202]

[MEDICAL DATE SYSTEMS
2001 9TH AVENUE SUITE312
VERO BEACH FLORIDA 32901]

[MEDICAL REVENUE SERVICE
1374 S BABCOCK STREET
MEBOURNE FLORIDA 32901]

[MEDICREDIT INCORPORATION
13730 S POINT BOULAVARD
CHARLOTTE NORTH CAROLINA 28273-7715]

[MIDLAND FUNDING LLC
8875 AERO DRIVE SUITE 200
SAN DIEGO CALIFORNIA 92123]

[NATIOWIDE CREDIT INCORPORATED
2002 SUMMIT BOULAVARD SUITE 600
ATALNTA GEORGIA 30319-1559]

[NATIONWIDE RECOVERY SYSTEM
2304 TARPLAY DRIVE SUITE 134
CARROLLTON TEXAS 75006]

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

**RECIPIENT**

**RECIPIENT**

[ORTHO CAROLINA
4601 PARK ROAD SUITE 300
CHARLOTTE NORTH CAROLINA 28209]

[PLATINUM PROTECTION
1261 S 820 E SUITE 300
AMERICAN FORK UTAH 84003]

[PRESBYTERIAN ORTHEPEDIC
HOSPITAL
POSTAL OFFICE BOX 549
TIMONIUM MARYLAND 21094]

[PMAB LLC
4135 SOUTH STREAM BOULEVARD
SUITE 400
CHARLOTTE NORTH CAROLINA 28217]

[PROFESSIONAL MEDICAL AJUSTMENT
BUREAU
5970 FAIRVIEW ROAD SUITE 200
CHARLOTTE NORTH CAROLINA 28210]

[PROFESSIONAL RECOVERY
ASSOCIATES
2700 MERIDIAN PARKWAY SUITE 200
DURAHAM NORTH CAROLINA 27713-2204]

[SEARS/CBNA
POSTAL OFFICE BOX 6282
SIOUX FALLS SD 57117-6282]

[SEVENTH AVENUE
1112 7TH AVENUE
MONROE WI 53566-1364]

[STERN & ASSOCIATES
415 N RDGEWORTH STREET SUITE 210
GREENSBORO NORTH CAROLINA
27401-2182]

[THE SCOOTER STORE
POSTAL OFFICE BOX 660115
DALLAS TEXAS 75391]

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

[VALENTINE & KEBARTAS            [VERIZON WIRELESS
INCORPORATED                      POSTAL OFFICE BOX 660108
POSTAL OFFICE BOX 325             DALLAS TEXAS 75266-0108]
LAWENCE MASSETUSETS 01842]

by:/s/... *Sharon-Victoria:Wilson-dye*
Autograph of Sharon-Victoria:Wilson-Dye, December 8, 2014 UCC 1-308